UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Naima Yusuf,                                                        Civil No. 07-2547 (PAM/JSM)

                    Plaintiff,

v.                                                                                 **ORDER**

Omnium Worldwide, Inc,

                    Defendant.

On July 27, 2007, Plaintiff Naima Yusuf filed a Notice of Dismissal stating that the parties had settled this action and that dismissal was warranted because Defendant Omnium Worldwide, Inc. had neither served an answer nor filed a motion for summary judgment (Docket No. 4).  Based on the Notice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), **IT IS HEREBY ORDERED** that:

    1.    The claims asserted by Plaintiff Yusuf are **DISMISSED with prejudice**; and

    2.    Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>July 30, 2007</u>

                                                                     <u>s/ Paul A. Magnuson</u>
                                                                     Paul A. Magnuson
                                                                     United States District Court Judge